UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: KAISER SAURBORN & MAIR,
P.C. - 2154

CHRISTIAN NIELSEN

Plaintiff(s)

- against -

AECOM TECHNOLOGY CORP. AND AECOM MIDDLE EAST, LTD.

Defendant(s)

Index #: 12 CV 5163

Purchased: July 2, 2012
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS
NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND
RESIDES IN THE STATE OF NEW YORK.

That on September 14, 2012 at 04:08 PM at

100 PARK AVENUE
NEW YORK, NY10017

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND
COMPLAINT on AECOM TECHNOLOGY CORP., the defendant/respondent therein
named,

CORPORATION   by delivering thereat a true copy of each to ANDREW CERTLIN, ESQ. personally, deponent knew said corporation
so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT as said
defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|------------|---------------|------------------|-----------------|
| MALE | WHITE | BROWN | 46 | 6'0 | 220 |

Sworn to me on: September 14, 2012

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18,
2013

GOTHAM PROCESS INC
299 BROADWAY
NEW YORK NY 10007

BYRAN E. MCELDERRY
License #/869802

Docket #:      *829288*